```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 11-41048-399  Chapter 13
      PATRICIA A FOUNTAIN           )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                         Debtor(s)  ) set for Apr 20, 2011 11:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN**

  **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan pays attorney fees in excess of that owed per the 2016(b) form.
2. The Trustee has not received a copy of the most recently filed Federal tax return.

  **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.


                                     /s/ John V. LaBarge, Jr.
KLW-221                              ---------------------------------
                                     John V LaBarge Jr
Copy served on the following either  Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on May 26, 2011     :  St. Louis, MO 63143    (314) 781-8100
                                     trust33@ch13stl.com   Fax:(314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

PATRICIA A FOUNTAIN
8822 SUMTER DR
SAINT LOUIS MO  63136